Bennie Earl Johnson
No: 735989
McConnell Unit
3001 S. Emily Dr.
Beeville Texas 78102

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 06 2015
Abel Acosta, Clerk

42,823-01

August 03, 2015

To: Clerk: Court of Criminals of Texas
P.O. Box 12308
Austin Texas 78711-2308

Re: Cause No. 06-95-~~00190~~-CR Trial and D-102-CR-94-410 Appeal

Dear Clerk I am writing to you in-regards to requesting information on a application for writ of habeas corpus 11.07 that was filed by me in 1999 in the above cause no(s). I am requesting the cause or writ number that was assigned to the writ ~~or application~~ that was submitted to the Court of Criminal Appeals of Texas.

Thank You.

Bennie E Johnson